UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRIEVANCE COMMITTEE OF THE      : No. 3:02GP19 (PCD)
UNITED STATES DISTRICT COURT     :
FOR THE DISTRICT OF CONNECTICUT  :
                                 :
v.                                :
                                 :
WILLIAM L. ANKERMAN          : March 24, 2004

MOTION FOR A HEARING

This matter came before the court by Presentment filed June 6, 2002. An

Order to Show Cause set a hearing date of August 16, 2002. That date was

continued on or about July 22, 2002, with no new date ordered. In the interim, the

state discipline has been affirmed by the Connecticut Appellate Court. (See Exhibit

A.) Therefore, the Grievance Committee requests that a new cause hearing be

scheduled.

THE GRIEVANCE COMMITTEE FOR THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT


By /s/ Hugh F. Murray, III
    Hugh F. Murray, III – ct11418

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, CT  06103-3469
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150
Email:  hmurray@murthalaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Motion for Hearing was mailed

first-class, postage prepaid, on this 24th day of  March 2004, to:

William L. Ankerman, Esq.
37 Montclair Drive
West Hartford, CT 06107


/s/ Hugh F. Murray, III
Hugh F. Murray, III – ct11418


718398