UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRIEVANCE COMMITTEE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT | : : : : | |
| VS. | : : | NO. 3:02GP19 (PCD) |
| WILLIAM L. ANKERMAN | : | |

## ENDORSEMENT ORDER

The Motion for Continuance, document no. 5, is GRANTED. Attorney Murray is to report to the Court the status of the criminal matter regarding Mr. Ankerman on or before September 1, 2004. At that time, if appropriate, the hearing will be rescheduled.

SO ORDERED. Dated at New Haven, Connecticut, this 16th day of April, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court