UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRIEVANCE COMMITTEE OF THE | : | NO. 3:02GP10(PCD) |
| UNITED STATES DISTRICT COURT | : | |
| FOR THE DISTRICT OF | : | |
| CONNECTICUT | : | |
| | : | |
| v. | : | |
| | : | March 2, 2005 |
| WILLIAM L. ANKERMAN | : | |

MOTION FOR A HEARING

On October 18, 2004, the United States Supreme Court denied Respondent's Petition for Certiorari in the connected case. Thus, counsel for the Grievance Committee requests the matter be set for a hearing.

        PLAINTIFF – GRIEVANCE COMMITTEE OF THE
        UNITED STATES DISTRICT COURT FOR
        THE DISTRICT OF CONNECTICUT


        By /s/ Hugh F. Murray, III
           Hugh F. Murray, III – ct11418

        Murtha Cullina LLP
        CityPlace I - 185 Asylum Street
        Hartford, Connecticut  06103-3469
        Telephone:  (860) 240-6000
        Fax:  (860) 240-6150
        hmurray@murthalaw.com
        Its Attorneys

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion for a Hearing was mailed, first class mail, postage prepaid on this 2nd day of March 2005 to:

William Ankerman, Esq.
37 Montclair Drive
West Hartford, CT 06107

Peter W. Benner, Esq.
Benner Resolutions, LLC
16 Wardwell Road
West Hartford, CT 06103

      /s/s Hugh F. Murray, III
      Hugh F. Murray, III – ct11418

771988