UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRIEVANCE COMMITTEE OF THE | : | No.  02 GP 10 (PCD) |
| UNITED STATES DISTRICT COURT | : | 02 GP 19 (PCD) |
| FOR THE DISTRICT OF CONNECTICUT | : | 05 GP 5 (PCD) |
| | : | |
| v. | : | |
| | : | |
| WILLIAM L. ANKERMAN | : | June 16, 2005 |

SUPPLEMENTAL ORDER TO SHOW CAUSE

Disciplinary proceedings in the above-captioned matters were initiated in 2002 and in 2005 pursuant to Local Rule 83(e), following notices from the Supreme Court for the State of Connecticut, which indicated the respondent had been convicted of a crime and had been subject to discipline. The matters were forwarded to the Federal Grievance Committee which has filed its Presentments with the Court seeking discipline.  The respondent has been on an interim suspension based on a criminal conviction in the State of Connecticut.  One June 15, 2005, the respondent filed a request for an extension of time until July 1, 2005 to file a supplemental response to the June 7, 2005 Order to Show Cause.

Having taken the request under advisement, it is hereby ORDERED that William L. Ankerman is to show cause, **in writing to be filed with the Clerk's Office by no later than June 29, 2005 by 10:00 a.m., to the attention of Victoria C. Minor, Chief Deputy Clerk, 141 Church Street, New Haven, CT 06510**, as to why he should not be disciplined as petitioned by the Federal Grievance Committee.  **A Certificate of Service shall accompany the answer, showing service on Hugh F. Murray, III, counsel for the Federal Grievance Committee, Murtha Cullina,**

**CityPlace I, Hartford, CT 06103**.  A hearing on the matter will be held on **June 30, 2005 at 11:00 a.m. o'clock,  in Courtroom #1, 141 Church Street, New Haven, CT 06510.**

Dated at New Haven, Connecticut, this 16th day of June 2005.

/s/ _____
Peter C. Dorsey
United States District Judge