UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In re: William Ankerman        Docket Nos.:    02 GP 10 PCD
                                                                    02 GP 19 PCD
                                                                    05 GP 5 PCD

## **ORDER OF DISBARMENT**

These cases have come before the Court as a result of three disciplinary actions involving the respondent, William L. Ankerman. On May 28, 2002, a disciplinary action was opened as a result of a three-year suspension imposed by the State of Connecticut [02 GP 10]. On October 1, 2002, a second disciplinary action was opened as a result of a criminal conviction in the Superior Court for the State of Connecticut and the respondent was placed on an interim suspension pursuant to Local Rule 83.2(e)[02 GP 19]. On January 24, 2005, a third disciplinary matter was opened as a result of another one year suspension imposed by the State of Connecticut [05 GP 5]. On June 30, 2005, this Court held a hearing on all three cases, at which the respondent and counsel for the Federal Grievance Committee appeared.

After considering the arguments of counsel and of the respondent, and after reviewing the papers filed in these matters, this Court directs that William L. Ankerman is disbarred from practice before this court.

Dated at New Haven, Connecticut, this 7th day of July 2005.

                                            /s/     Peter C. Dorsey
                                                  Senior U.S. District Judge